AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Crites-Leoni, Abbie S. | 2. Court or Organization<br><br>U.S. District Court Eastern District of Missouri | 3. Date of Report<br><br>12/30/2014 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>04/30/2014 |
|---|---|---|

**7. Chambers or Office Address**

Honorable Abbie Crites-Leoni
Rush Hudson Limbaugh, Sr. U.S. Courthouse
555 Independence, Suite 4000
Cape Girardeau, MO 63703

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member-at-Large | Rotary Club of Cape Girardeau (2396, District 6060) |
| 2. | Board Member | Southeast Missouri State University Alumni Association Board of Directors |
| 3. | Manager | Copper Cabin Ranch LLC (See note in Part VIII) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**FINANCIAL DISCLOSURE REPORT**

Page 2 of 6

Name of Person Reporting

Crites-Leoni, Abbie S.

Date of Report

12/30/2014

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | MOSERS (state teacher retirement) |
| 2. | 2013 | Independent Contractor, Fitness Plus |
| 3. | 2013 | Sole Proprietor, Self-Employed Wood Craftsman |
| 4. | 2013 | CRP Annual Rental and Cost Shares |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crites-Leoni, Abbie S. | 12/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Commerce Bank | Commercial Loan: acreage in Arkansas (Part VII, Line 1) | K |
| 2. | Commerce Bank | Commercial Loan: acreage in Missouri (Part VII, Line 3) | L |
| 3. | Commerce Bank | Commercial Line of Credit: real estate in Missouri (Part VII, Line 5) | J |
| 4. | Commerce Bank | Commercial Line of Credit | None |
| 5. | D. & J. Borgfield | Promissory Note | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Crites-Leoni, Abbie S. | 12/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acreage in Arkansas (2007) (Between 2007 & 2009-$81,000) | | None | L | R | | | | | See note in Part VIII |
| 2. Real estate in Arkansas (2009-$54,660) | D | Interest | L | R | Exempt | | | | See note in Part VIII |
| 3. Acreage in Missouri (2010-$183,572) | | None | M | R | | | | | See note in Part VIII |
| 4. Real estate in Missouri (2013-$452,548.50) | | None | N | R | Exempt | | | | |
| 5. Acreage in Missouri (2004-$6,703) | | None | | | Exempt | | | | |
| 6. TIAA-CREF Traditional Fund | E | Int./Div. | N | T | | | | | |
| 7. TIAA-CREF Equities Fund | A | Distribution | | | Exempt | | | | |
| 8. TIAA-CREF Real Estate Account | A | Distribution | | | Exempt | | | | |
| 9. American Funds-Global Growth Portfolio-A (Fund #55) | A | Int./Div. | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crites-Leoni, Abbie S. | 12/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII., Line 1: The acreage was purchased in two parts; the first half was purchased in 2007 for $41,000 and the second half was purchased in 2009 for $40,000.

Part VII, Line 2: This property was under a contract for deed, however, the Buyers defaulted and moved out on 7-31-13. The property was repossessed and is currently for sale. The filer and spouse have a 58% interest in the property and the 58% cost basis is approximately $54,660.

Part I, Line 3 &
Part VII, Line 3: This is the property for which the Copper Cabin Ranch LLC was created. All members of the LLC are related and no assets are owned by the LLC. The property is utilized by the LLC for hunting, conservation efforts, and livestock grazing.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Abbie S. Crites-Leoni**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544